

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Brian Orlando Williams,

Vs. No. 11-23-00239-CV

Alton Smith and Alicia Smith,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 51088-A.

\* November 30, 2023

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.